

**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

July 24, 2026
Hon. Analisa Nadine Torres
Courtroom 15D
United States Courthouse
500 Pearl Street
New York, NY 10007

## MOTION FOR EXTENSION OF TRO AND TO CONTINUE
## SHOW CAUSE HEARING FOR A PRELIMINARY INJUNCTION

Re: National Association for Stock Car Auto Racing, LLC v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint. Case No. 1:26-cv-5922-AT.

Dear Judge Torres,

I am Counsel for Plaintiff National Association for Stock Car Auto Racing, LLC ("Plaintiff" or "NASCAR") in this matter.

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders, Plaintiff seeks to extend the Temporary Restraining Order entered by the Court on July 16, 2026 ("TRO"), which is set to expire on July 30, 2026, for an additional period of fourteen (14) days until August 13, 2026, or until such time as the Court can reset the Show Cause Hearing for a Preliminary Injunction, with Defendants' deadline to file a Show Cause Response extended accordingly.

On July 17, 2026, the TRO was served on the third parties who are providing online services to the Defendants. To preserve assets that may be necessary to satisfy any judgment in Plaintiff's favor, Plaintiff seeks to have financial accounts identified by the third parties restrained in accordance with the TRO. Defendants' response is due July 27, 2026; however, Plaintiff has not received production from the third parties, and as such, has not served Defendants with the Complaint and TRO.

Pursuant to Federal Rule of Civil Procedure 65, a TRO shall not exceed 14 days and may be extended for good cause for an additional 14 days. Fed. R. Civ. P. 65(b)(2). There is good cause to extend the TRO because there is a substantial likelihood the Defendants will continue to harm Plaintiff without the TRO remaining in place. Specifically, Defendants will likely attempt to move any assets from their financial accounts to offshore accounts beyond this Court's jurisdictional reach. Further, Defendants have a deadline of July 27, 2026, to file their Response to Plaintiff's request for a Preliminary Injunction; however, service of process has not yet been completed since the third parties have not yet complied with the requests in the TRO, rendering the current deadline unworkable. Accordingly, in the interest of justice, extension of the TRO is necessary.



**57 West 57th Street, 3rd & 4th Floors, Manhattan, NY 10019**
**T:** +1 (917) 858-8018 | **E:** smu@whitewoodlaw.com
**W:** whitewoodlaw.com

In light of the above, Plaintiff respectfully requests that the TRO, which is set to expire on July 30, 2026, be extended for an additional period of fourteen (14) days until August 13, 2026, that the Show Cause Hearing for a Preliminary Injunction be continued accordingly, and Defendants' Show Cause Response deadline be extended to August 10, 2026, to file a Response prior to any Show Cause Hearing.

Dated: July 24, 2026                    Respectfully submitted,

                                        */s/ Keaton Smith*
                                        Keaton Smith
                                        NY No. 6315600
                                        **WHITEWOOD LAW PLLC**
                                        57 West 57th Street, 3rd and 4th Floors
                                        New York, NY, 10019
                                        Telephone: (872) 294-3799
                                        Email: ksmith@whitewoodlaw.com

                                        *Counsel for Plaintiff*