USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _7/29/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC,

Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

26 Civ. 5922 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The video conference hearing currently scheduled for August 10, 2026, at 3:00 p.m. is ADJOURNED to **2:00 p.m.** on **that same date**. The parties will be provided with the link to join the video conference via email. The public may dial into the proceeding by dialing + 1 646-453-4442, and entering access code 367 059 35#. By **August 3, 2026**, Plaintiff shall serve this order on Defendants. By **August 4, 2026**, Plaintiff shall provide the Court with proof of service.

SO ORDERED.

Dated: July 29, 2026
New York, New York

ANALISA TORRES
United States District Judge