**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, <br> Plaintiff, <br> v. <br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br> Defendants. | **Case No. 1:26-cv-05922-AT** <br> **Complaint Filed: July 13, 2026** |

**DECLARATION OF CUIHONG ZHANG**

I, Cuihong Zhang, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am currently residing in China. I am the owner and the person responsible for the operation of the business using the Amazon seller alias "cocomigo_direct_store," which is identified as No. 29 on Schedule A. The matters stated in this declaration are based on my own personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. My Amazon store cocomigo_direct_store operates completely independently. I do not know any of the other defendants listed in Schedule A, nor do I share any joint operations, ownership, control, employees, bank accounts, seller accounts, or coordinated sales activities with them.

3. My Amazon store cocomigo_direct_store is not an anonymous or untraceable seller. Prior to the commencement of this action on July 13, 2026, I maintained a single, fixed, publicly displayed, and verified physical business address on my Amazon store:

**Chinese address:** 中华人民共和国浙江省义乌市稠江街道五洲大道888号内

五楼501邮政编码：322000
**English address:** Room 501, 5th Floor, No. 888 Wuzhou Avenue, Choujiang Subdistrict, Yiwu City, Zhejiang Province, 322000, People's Republic of China

4. This physical address was verified by Amazon through a postcard verification process using a unique verification code, in accordance with the requirements of the U.S. INFORM Consumers Act, 15 U.S.C. § 45f. The link to my Amazon store included in Plaintiff's Exhibit 2 leads directly to my public Amazon store, where this verified physical address is displayed.

5. The single reference to "NASCAR" that appears anywhere in my Amazon store listing is a one-word, incidental reference in a product description. A true and correct copy of my Amazon store listing screenshot is attached hereto as **Exhibit 1**.

6. As the description in Exhibit 1 itself makes plain, the word "nascar" is used lower-case, in a string of interchangeable, purely descriptive genre terms to tell a shopper what motif of generic red-yellow-and-black, checkered-flag party decoration is being sold. It is not used as a trademark, it does not appear on the product itself, and it does not identify Plaintiff as the source, sponsor, or licensor of the goods. My Amazon store is not "selling NASCAR's products" or counterfeit versions of them and I sell only generic party-supply products. The word "NASCAR" was used strictly as a descriptive term to indicate the theme category of the product, and was not intended to imply any official affiliation, sponsorship, or endorsement by NASCAR.

7. I have personally reviewed Plaintiff's trademark registration certificates attached to the Complaint (Reg. Nos. 1,850,527; 1,908,112; 5,388,088; 5,578,788). None of the products sold by my store that displays any of those four registered marks, Plaintiff's stylized logo, the NASCAR car-number designs, or any driver or team branding.

8.Since approximately July 20, 2026, my Amazon merchant account funds have been completely frozen, and this prolonged hold has lasted nearly a month, caused a severe and compounding impact on my business operations.

9. Given the fact that my Amazon store is not "selling NASCAR's products" or counterfeit versions of them, Plaintiff has no likelihood of success on the merits. The continuing freeze on my account imposes an extreme and disproportionate financial hardship on my business operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 15, 2026, at Quanzhou City, Fujian Province, China

Cuihongzhang

Cuihong Zhang

# Exhibit 1

amazon.com/Cocomigo-Birthday-Decorations-Supplies-Ta…




Click to see full view

# Fast One Birthday Decorations for Boys, Race Car 1st Birthday Party Supplies: Banner, Balloons, Tablecloth, Napkins, Cake Toppers & More

Visit the cocomigo Store

4.7 (75) | Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| | |
|---|---|
| **Color** | Red, Yellow, Black |
| **Included Components** | Birthday Banner, Swirls, Tablecloth, Plates, Napkins, Balloons, High Chair Banner, Backdrop, Balloon Box, Cake Topper, Cupcake Topper, Mi… |
| | See more |
| **Unit Count** | 1 Count |
| **Brand** | cocomigo |
| **Theme** | Car |

## About this item

- what's in the package: you will receive 1 fast one birthday milestone banner with light string, 6 pcs hanging swirls, 1 first birthday decoration for boy checkered tablecloth(54×108in), 40 pcs fast one birthday(7in and 9in ), 20 pcs napkin, 3 pcs racing car foil balloon, 92 pcs red, yellow and black latex balloons, 1 race car one high chair banner, 1 1st birthday race car theme backdrop(60"*40"), 3 "one" balloon box, 1 cake topper, 12 pcs cupcake topper, 1 milestone card and 1 balloon tool kit
- high quality: fast one birthday plates and napkins use high-quality paper material, that is non-toxic, tasteless, and durable.

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Deliver to Geo - Austin 78746

Add to Auto Buy

Add to List